1  Amy M. Samberg
   Nevada Bar No. 10212
2  FORAN GLENNON PALANDECH
   PONZI & RUDLOFF PC
3  1 East Washington Street, Suite 500
   Phoenix, AZ 85004
4  Telephone: 602-777-6230
   Facsimile:  312-863-5099
5  Email: asamberg@fgppr.com

6  Justin S. Hepworth
   Nevada Bar No. 10080
7  Casey G. Perkins
   Nevada Bar No. 12063
8  FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
   2200 Paseo Verde Parkway, Suite 280
9  Henderson, NV 89052
   Telephone: 702-827-1510
10 Facsimile:  312-863-5099
   E-Mail:  cperkins@fgppr.com

*Attorneys for Defendant Illinois National Insurance Co.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INTERNATIONAL GAME TECHNOLOGY and IGT-UK GROUP LIMITED, | Case No. 2:16-cv-02792-APG-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| v. ILLINOIS NATIONAL INSURANCE CO., | |
| Defendant. | **(Third Request)** |

Plaintiffs International Game Technology and IGT-UK Group Limited (collectively "IGT") and Defendant Illinois National Insurance Co. ("INIC"), by and through their respective counsel of record, hereby stipulate and request that the Court extend certain discovery deadlines by approximately sixty (60) days. This is the third request by any party to extend any discovery deadlines in this matter.

Pursuant to Local Rule 26-4, the parties state as follows:

**I.  DISCOVERY COMPLETED TO DATE**

- The parties conducted the Fed. R. Civ. P. 26(f) conference.
- The parties have exchanged initial and supplementary disclosures of documents and

- 1 -

lists of witnesses, including the exchange of tens of thousands of pages of documents.

- IGT propounded requests for production of documents, to which INIC has responded.
- INIC propounded requests for production of documents and interrogatories on IGT, to which IGT has responded.
- IGT propounded interrogatories and requests for admissions on INIC, to which INIC has responded.
- IGT has noticed the depositions of INIC's 30(b)(6) designee and multiple current and former INIC employees.
- IGT issued subpoenas to multiple third-parties requesting production of documents.
- IGT issued subpoenas for deposition to three former employees of INIC.
- INIC propounded requests for admission and an additional set of requests for production of documents on IGT, to which IGT has responded.
- The parties have engaged in multiple meet and confer teleconferences regarding the above discovery.

## II. DISCOVERY TO BE COMPLETED

- Deposition(s) of Rule 30(b)(6) designee(s) of INIC.
- Deposition(s) of current and former employees and/or representatives of INIC.
- Deposition(s) of Rule 30(b)(6) designee(s) of IGT.
- Deposition(s) of current and former employees and/or representatives of IGT.
- Deposition of the Rule 30(b)(6) designee(s) and/or officers/employees of Marsh & McLennan Companies, Inc.
- Deposition of additional non-party fact witnesses.
- Disclosure of expert witnesses and rebuttal.
- Depositions of expert witnesses.

The above list is made without prejudice to the Parties' ability to conduct additional discovery or to object to such discovery consistent with the Federal Rules of Civil Procedure.

### III. REASONS WHY DISCOVERY CANNOT BE COMPLETED WITHIN THE CURRENT SCHEDULE

As the Court is aware from the parties' previous submissions and as outlined above, the parties in this case have engaged in written discovery and have attempted to resolve several discovery issues that have arisen between them. Despite those efforts, the parties have reached an impasse on several issues relating to the scope of discovery pending resolution of two motions that are now before the Court: a motion by IGT to amend its complaint to assert causes of action for breach of the implied covenant of good faith and fair dealing and violations of Nevada's Unfair Claims Settlement Practices Act and a motion by IGT to compel discovery of documents and deposition testimony from INIC. Absent a ruling from the Court on these pending motions, which may impact the scope and extent of permissible discovery in this action, the parties are not able to complete discovery and disclosure of expert opinions in this case under the current schedule. Consequently, the parties request that the Court extend the remaining discovery deadlines, beginning with the deadline for disclosure of expert witnesses, by approximately sixty (60) days, as outlined below.

The parties agree that this extension is not made for the purposes of delay, but to allow additional time for the court to decide the Motion for Leave and for the parties to complete fact discovery, as necessary, before disclosing experts to ensure a just adjudication of the case on the merits, and that none of them will be prejudiced by an extension.

///
///
///
///
///
///
///
///
///

## IV. PROPOSED SCHEDULE

WHEREFORE, the parties respectfully request that this Court extend discovery deadlines as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Add Parties/Amend Pleadings | July 13, 2017 | **No Extension Requested** |
| Designate Expert Witness(es) | December 11, 2017 | **February 9, 2018** |
| File Interim Status Report | December 11, 2017 | **February 9, 2018** |
| Designate Rebuttal Witness(es) | January 8, 2018 | **March 16, 2018** |
| Close of Discovery | February 9, 2018 | **April 13, 2018** |
| File Dispositive Motions | March 12, 2018 | **May 11, 2018** |
| Joint Pretrial Order | April 9, 2018 | **June 8, 2018** *In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until 30 days after the decision of the dispositive motions or further order of Court. |

Dated: November 15th, 2017                                              Dated November 15th, 2017

BOWLER DIXON & TWITCHELL LLP                       FORAN GLENNON PALANDECH
                                                                                              PONZI & RUDLOFF PC

__/s/_ Kevin B. Dreher_____            __/s/  Casey G. Perkins_____
Andrew F. Dixon, Esq.                                              Amy M. Samberg, Esq.
Nevada Bar No. 8422                                                Nevada Bar No. 10212
3137 East Warm Springs Road, Ste. 100            1 East Washington Street, Suite 500
Las Vegas, Nevada 89120                                       Phoenix, AZ 85004

REED SMITH LLP                                                      Casey G. Perkins, Esq.
John D. Shugrue, Esq.                                              Nevada Bar No. 12063
Kevin B. Dreher, Esq.                                                 7455 Arroyo Crossing, Suite 220
*Pro Hac Vice*                                                            Las Vegas, Nevada 89113
10 South Wacker Drive, Suite 4000
Chicago, IL 60606-7507                                          *Counsel for Defendant Illinois National Insurance Co.*

*Counsel for Plaintiffs International Game Technology and IGT-UK Group Limited*

## ORDER

IT IS SO ORDERED.

DATED this __16__ day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

- 4 -