1  Amy M. Samberg
   Nevada Bar No. 10212
2  FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
   Two North Central Avenue, 18th Floor
3  Phoenix, AZ 85004
   Telephone: 602-777-6230
4  Facsimile: 312-863-5099
   Email: asamberg@fgppr.com
5
   Justin S. Hepworth
6  Nevada Bar No. 10080
   Casey G. Perkins
7  Nevada Bar No. 12063
   FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
8  2200 Paseo Verde Parkway, Suite 280
   Henderson, NV 89052
9  Telephone: 702-827-1510
   Facsimile: 312-863-5099
10 E-Mail: cperkins@fgppr.com

11 *Attorneys for Defendant Illinois National Insurance Co.*
12

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| INTERNATIONAL GAME TECHNOLOGY and IGT-UK GROUP LIMITED, | Case No. 2:16-cv-02792 |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |
| v. | |
| ILLINOIS NATIONAL INSURANCE CO., | |
| Defendant. | **(First Request)** |

The parties, by and through their respective counsel of record, hereby stipulate and request that the Court extend the deadline for Defendant Illinois National Insurance Co. ("INIC") to file its Opposition to Plaintiffs' Motion for Leave to File Second Amended Complaint up to and including April 25, 2018. The parties further stipulate and request that the Court extend the deadline for Plaintiffs International Game Technology and IGT-UK Group Limited ("Plaintiffs") to file their Reply in Support of Motion for Leave to File Second Amended Complaint up to and

- 1 -

including May 7, 2018. Plaintiffs' Motion for Leave to File Second Amended Complaint was filed on April 6, 2018.[1]

The requested extensions provide each side approximately three additional business days in which to file their respective briefs. In support of this request, the parties state as follows:

1. On April 6, 2018, Plaintiffs filed their Motion for Leave to File Amended Second Amended Complaint. Plaintiffs' Motion is approximately 20 pages long and the attached proposed Second Amended Complaint is approximately 26 pages longer than Plaintiffs' Amended Complaint and includes approximately 77 new allegations. Pursuant to the Court's rules, INIC's Opposition is presently due April 20, 2018.

2. Based on the issues raised in Plaintiffs' Motion and the need to review in detail the new allegations Plaintiffs' seek leave to add, as well as INIC's counsel's recent travel to the United Kingdom for depositions in this case and deadlines related to other cases on which counsel for INIC is engaged, INIC requests a brief extension to give counsel sufficient time to oppose Plaintiffs' Motion. This is INIC's first request for such an extension.

3. In connection with this request for a brief extension of INIC's time to file its Opposition, Plaintiffs also requested a brief extension of time to file their Reply. This additional time is necessary to provide Plaintiffs' counsel sufficient time to respond to the arguments in INIC's anticipated Opposition. Under the original schedule, Plaintiffs' Reply would be due seven days after INIC's Opposition – April 27, 2018.

4. This request for an extension of time is made in good faith and is not sought for any improper purpose.

5. Counsel for the parties have conferred and agree to the proposed extensions.

///
///
///
///

---

[1] Plaintiffs initially filed a combined motion on April 5, 2018, but re-filed on April 6, 2018 pursuant to the Court's direction.

WHEREFORE, the parties respectfully request that this Court extend the deadline for INIC to file its Opposition from April 20, 2018 up to and including April 25, 2018, and the deadline for Plaintiffs to file their Reply from April 27, 2018 up to and including May 7, 2018.

| | |
|---|---|
| DATED: April 18, 2018<br><br>BOWLER DIXON & TWITCHELL LLP<br><br><br>By: *s/ Andrew F. Dixon with permission*<br>Andrew F. Dixon, Esq.<br>Nevada Bar No. 8422<br>3137 East Warm Springs Road, Ste. 100<br>Las Vegas, NV 89120<br><br>REED SMITH LLP<br>John D. Shugrue, Esq.<br>Kevin B. Dreher, Esq.<br>*Pro Hac Vice*<br>10 South Wacker Drive, Ste. 4000<br>Chicago, IL 60606<br><br>*Attorneys for Plaintiffs International Game Technology and IGT-UK Group Limited* | DATED: April 18, 2018<br><br>FORAN GLENNON PALANDECH PONZI & RUDLOFF PC<br><br>By: *s/ Casey G. Perkins*<br>Amy M. Samberg, Esq.<br>Nevada Bar No. 10212<br>Two North Central Avenue, 18th Floor<br>Phoenix, AZ 85004<br><br>Casey G. Perkins, Esq.<br>2200 Paseo Verde Parkway, Ste. 280<br>Henderson, NV 89052<br><br>*Attorneys for Defendant Illinois National Insurance Co.* |

**ORDER**

IT IS SO ORDERED.

DATED April 19, 2018

_____
UNITED STATES MAGISTRATE JUDGE
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, Nevada 89052