# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL GAME TECHNOLOGY, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> ILLINOIS NATIONAL INSURANCE CO., <br><br> Defendant(s). | Case No. 2:16-cv-02792-APG-NJK <br><br> ORDER |

On April 30, 2018, the Court denied without prejudice Defendant's motion to seal certain exhibits in its response to Plaintiffs' motion for leave to file a second amended complaint. Docket No. 74. Defendant has not filed a renewed request to seal these documents. *See* Docket.

The Court, therefore, **ORDERS** Defendant to file the documents at Docket Nos. 73-1 and 73-2 on the public docket no later than May 30, 2018. The Court **FURTHER ORDERS** Defendant to submit a courtesy copy of its filing at Docket No. 70, including all exhibits, appropriately tabbed, to the undersigned's box in the Clerk's Office no later than May 30, 2018. *See* Local Rule IC 2-2(g).

IT IS SO ORDERED.

DATED: May 29, 2018

                                    _____
                                    NANCY J. KOPPE
                                    United States Magistrate Judge