| | |
|---|---|
| John D. Shugrue, Esq. (admitted *pro hac vice*) <br> Kevin B. Dreher, Esq. (admitted *pro hac vice*) <br> REED SMITH LLP <br> 10 South Wacker Drive, Suite 4000 <br> Chicago, Illinois 60606-7507 <br> Tel: (312) 207-1000 <br> Fax: (312) 207-6400 <br> Email: KDreher@ReedSmith.com; <br> JShugrue@ReedSmith.com <br><br> -and- <br><br> Andrew F. Dixon, Esq. <br> Nevada State Bar No. 8422 <br> BOWLER DIXON & TWITCHELL LLP <br> 3137 East Warm Springs Road, Ste. 100 <br> Las Vegas, Nevada 89120 <br> Phone: (702) 436-4333 <br> Fax: (702) 260-8983 <br> Email: andrew@nevadalegalcounse1.com <br><br> *Attorneys for Plaintiffs, INTERNATIONAL GAME TECHNOLOGY and IGT-UK GROUP LIMITED* | Amy M. Samberg <br> Nevada Bar No. 10212 <br> FORAN GLENNON PALANDECH <br> PONZI & RUDLOFF PC <br> One Renaissance Tower <br> Two North Central Avenue, 18th Floor <br> Phoenix, AZ 85004 <br> Telephone: 602-777-6230 <br> Facsimile: 312-863-5099 <br> Email: asamberg@fgppr.com <br><br> Justin S. Hepworth <br> Nevada Bar No. 10080 <br> Casey G. Perkins <br> Nevada Bar No. 12063 <br> FORAN GLENNON PALANDECH <br> PONZI & RUDLOFF PC <br> 2200 Paseo Verde Parkway, Suite 280 <br> Henderson, NV 89052 <br> Telephone: 702-827-1510 <br> Facsimile: 312-863-5099 <br> E-Mail: cperkins@fgppr.com <br><br> *Attorneys for Defendant ILLINOIS NATIONAL INSURANCE CO.* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL GAME TECHNOLOGY and IGT-UK GROUP LIMITED <br><br> Plaintiffs, <br><br> v. <br><br> ILLINOIS NATIONAL INSURANCE CO. <br><br> Defendant. | Civil No. 2:16-cv-02792 <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS** <br><br> **(Seventh Request)** |

Plaintiffs International Game Technology and IGT-UK Group Limited (collectively "Plaintiffs") and Defendant Illinois National Insurance Co. ("INIC"), by and through their respective counsel of record, hereby stipulate and request for good cause showing that the Court extend the deadline for the parties to file dispositive motions in this action by approximately thirty (30) days from Monday, September 10, 2018 to October 10, 2018. The

1

REED SMITH LLP
10 S. Wacker Drive, 38th Floor
Chicago, Illinois 60606

parties also jointly request that the Court continue to defer ruling on Plaintiffs' June 12, 2018 Motion to Compel Defendant to Produce Documents (dkt. 79) pending the parties' settlement negotiations. If the parties are unable to reach a settlement, they will jointly advise the Court so that the motion may then be considered and ruled upon.

This is the second request by the parties since the close of discovery to specifically extend the deadline to file dispositive motions and the seventh overall request by any party to amend any case management deadlines in this matter.

As required by Local Rule 26-4, the parties state as follows:

## I.     DISCOVERY COMPLETED TO DATE

- The parties conducted the Fed. R. Civ. P. 26(f) conference.
- The parties have exchanged initial and supplementary disclosures of documents and lists of witnesses, including the exchange of tens of thousands of pages of documents.
- Plaintiffs propounded multiple requests for production of documents, to which INIC responded.
- INIC propounded requests for production of documents and interrogatories on Plaintiffs, to which Plaintiffs have responded.
- Plaintiffs propounded multiple sets of interrogatories and requests for admission on INIC to which INIC has responded.
- INIC propounded requests for admission and additional requests for production of documents to which Plaintiffs responded.
- Plaintiffs have taken the depositions of INIC pursuant to Rule 30(b)(6) as well as four current and former claim handlers, a claim supervisor, a former underwriter, and the Global Head of Financial Lines – Specialty Claims.
- INIC has taken the deposition of Plaintiffs pursuant to Rule 30(b)(6) as well as two of Plaintiffs' employees, Senior Legal Counsel for IGT-UK and Plaintiffs' former risk manager.

**REED SMITH LLP**
10 S. Wacker Drive, 38th Floor
Chicago, Illinois 60606

- Subpoenas have been issued to multiple nonparties requesting the production of documents.
- The parties have disclosed expert witnesses and rebuttal experts.
- The parties have taken the depositions of multiple expert witnesses and Defendant's rebuttal expert.
- The parties have engaged in multiple meet and confer teleconferences and correspondence regarding the above discovery.

## II. DISCOVERY TO BE COMPLETED

- Plaintiffs and Defendants are awaiting resolution from the United States District Court for the Southern District of New York on Plaintiffs' pending motion to enforce their subpoenas on Luigi Spadafora and Winget, Spadafora & Schwartzberg, LLP and Defendants cross-motion to quash the same. Consistent with the requests herein, the parties will also submit a request that the Southern District of New York defer further briefing or decision on that motion.
- Plaintiffs and Defendants are completing briefing on Plaintiffs' Motion to Compel pending before this Court. The parties request the Court continue to defer ruling on that motion for the reasons stated herein.

## III. LEGAL STANDARD.

The Court has broad discretion in supervising the pretrial phase of litigation, including the timing of discovery. *Zivkovic v. S. Cal. Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002). Local Rule 26-4 provides that a request to extend discovery, "if made within 21 days of the subject deadline," requires a showing of "good cause." Good cause to extend a case management deadline exists "if it cannot reasonably be met despite the diligence of the party seeking the extension." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 610 (9th Cir. 1992).

## IV. REASONS WHY DISPOSITIVE MOTION FILINGS CANNOT BE COMPLETED WITHIN THE CURRENT SCHEDULE

Plaintiffs and Defendant seek a thirty (30) day extension of the deadline for filing

**REED SMITH LLP**
10 S. Wacker Drive, 38th Floor
Chicago, Illinois 60606

dispositive motions primarily to allow for additional settlement negotiations to proceed. Over the past several months, the parties have engaged in good faith settlement negotiations concerning this action. Since the Court's July 5, 2018 Order entering the parties' Stipulation And Order To Extend Deadline To File Dispositive Motions (dkt. 91), the parties settlement negotiations have continued to progress. Another extension of the deadline to file dispositive motions will provide the parties with the necessary time to explore further settlement negotiations. Consequently, with good cause showing, the parties request that the Court extend the deadline to file dispositive motions by thirty (30) days, as outlined below.

As noted above, the parties also jointly request that the Court continue to defer ruling on Plaintiffs' June 12, 2018 Motion to Compel Defendant to Produce Documents (dkt.79) pending the parties' settlement negotiations. If the parties are unable to reach a settlement, they will jointly advise the Court so that the motion may then be considered and ruled upon.

The parties agree that this stipulation and request is not made for the purpose of undue delay, but to allow for additional time to explore further settlement negotiations. The parties further agree that neither party will be prejudiced by an extension.

**V.     PROPOSED SCHEDULE**

WHEREFORE**,** the parties respectfully request that this Court extend the case management deadlines in this matter as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

| EVENT | CURRENT DEADLINE | REVISED DEADLINE |
|---|---|---|
| File Dispositive Motions | September 10, 2018 | October 10, 2018 |
| Joint Proposed Pretrial Order | October 8, 2018, or 30 days after dispositive motions are resolved | November 7, 2018, or 30 days after dispositive motions are resolved |

DATED this 3rd day of August, 2018.

By: /s/ Kevin B. Dreher

John D. Shugrue, Esq. (admitted *pro hac vice*)
Kevin B. Dreher, Esq. (admitted *pro hac vice*)
REED SMITH LLP
10 South Wacker Drive, Suite 4000
Chicago, Illinois 60606-7507
Tel: (312) 207-1000
Fax: (312) 207-6400
Email: KDreher@ReedSmith.com;
JShugrue@ReedSmith.com

-and-

Andrew F. Dixon, Esq.
Nevada State Bar No. 8422
BOWLER DIXON & TWITCHELL LLP
3137 East Warm Springs Road, Ste. 100
Las Vegas, Nevada 89120
Phone: (702) 436-4333
Fax: (702) 260-8983
Email: andrew@nevadalegalcounse1.com

*Attorneys for Plaintiffs, INTERNATIONAL GAME TECHNOLOGY and IGT-UK GROUP LIMITED*

By: /s/ Amy M. Samberg

Amy M. Samberg
Nevada Bar No. 10212
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
One Renaissance Tower
Two North Central Avenue, 18th Floor
Phoenix, AZ 85004
Telephone: 602-777-6230
Facsimile: 312-863-5099
Email: asamberg@fgppr.com

Justin S. Hepworth
Nevada Bar No. 10080
Casey G. Perkins
Nevada Bar No. 12063
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052
Telephone: 702-827-1510
Facsimile: 312-863-5099
E-Mail: cperkins@fgppr.com

*Attorneys for Defendant ILLINOIS NATIONAL INSURANCE CO.*

**ORDER**

IT IS SO ORDERED.

DATED August 3, 2018

NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
UNITED STATES MAGISTRATE JUDGE