John D. Shugrue, Esq. (admitted *pro hac vice*)
Kevin B. Dreher, Esq. (admitted *pro hac vice*)
REED SMITH LLP
10 South Wacker Drive, Suite 4000
Chicago, Illinois 60606-7507
Tel: (312) 207-1000
Fax: (312) 207-6400
Email: KDreher@ReedSmith.com;
JShugrue@ReedSmith.com

-and-

Andrew F. Dixon, Esq.
Nevada State Bar No. 8422
BOWLER DIXON & TWITCHELL LLP
3137 East Warm Springs Road, Ste. 100
Las Vegas, Nevada 89120
Phone: (702) 436-4333
Fax: (702) 260-8983
Email: andrew@nevadalegalcounse1.com

*Attorneys for Plaintiffs International Game
Technology and IGT-UK Group Limited*

Amy M. Samberg
Nevada Bar No. 10212
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
One Renaissance Tower
Two North Central Avenue, 18th Floor
Phoenix, AZ 85004
Telephone: 602-777-6230
Facsimile: 312-863-5099
Email: asamberg@fgppr.com

Justin S. Hepworth
Nevada Bar No. 10080
Casey G. Perkins
Nevada Bar No. 12063
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052
Telephone: 702-827-1510
Facsimile: 312-863-5099
E-Mail: cperkins@fgppr.com

*Attorneys for Defendant Illinois National
Insurance Co.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL GAME TECHNOLOGY and IGT-UK GROUP LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>ILLINOIS NATIONAL INSURANCE CO.,<br><br>Defendant. | Case No.  2:16-cv-02792-APG-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by Plaintiffs International Game Technology and IGT-UK Group Limited and Defendant Illinois National Insurance Co., by and through their respective undersigned counsel, that the above matter be dismissed with prejudice in its entirety, with each party to bear their own costs and attorneys' fees.

DATED: October 1, 2018

REED SMITH LLP

By: /s/ Kevin B. Dreher
John D. Shugrue, Esq. (admitted *pro hac vice*)
Kevin B. Dreher, Esq. (admitted *pro hac vice*)
10 South Wacker Drive, Suite 4000
Chicago, Illinois 60606-7507
Tel: (312) 207-1000
Fax: (312) 207-6400
Email: KDreher@ReedSmith.com;
JShugrue@ReedSmith.com

-and-

BOWLER DIXON & TWITCHELL LLP

By: /s/ Andrew F. Dixon
Andrew F. Dixon, Esq.
Nevada State Bar No. 8422
3137 East Warm Springs Road, Ste. 100
Las Vegas, Nevada 89120
Phone: (702) 436-4333
Fax: (702) 260-8983
Email: andrew@nevadalegalcounse1.com

*Attorneys for Plaintiffs International Game Technology and IGT-UK Group Limited*

DATED: October 1, 2018

FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC

By: /s/ Casey G. Perkins
Amy M. Samberg
Nevada Bar No. 10212
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
One Renaissance Tower
Two North Central Avenue, 18th Floor
Phoenix, AZ 85004
Telephone: 602-777-6230
Facsimile: 312-863-5099
Email: asamberg@fgppr.com

Justin S. Hepworth
Nevada Bar No. 10080
Casey G. Perkins
Nevada Bar No. 12063
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052
Telephone: 702-827-1510
Facsimile: 312-863-5099
E-Mail: cperkins@fgppr.com

*Attorneys for Defendant Illinois National Insurance Co.*

## ORDER OF DISMISSAL WITH PREJUDICE

It is so ordered that the above entitled matter is dismissed with prejudice, each party to bear their own costs and attorney's fees.

Dated: October 1, 2018

_____
United States District Judge